1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney
5 |    450 Golden Gate Ave., Box 36055
San Francisco, California 94102
6 |    Telephone: (415) 436-7200
Fax: (415) 436-7234
7 |    E-Mail: Benjamin.Tolkoff@usdoj.gov

8 | Attorneys for Plaintiff

FILED
FEB 2 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0761 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| RAJWUAN WATKINS, | ) | (Venue) |
| Defendant. | ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: 2·24·12

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NOTICE OF DISMISSAL
U.S. v. WATKINS; CR 11-0761 PJH

1  Leave is granted to the government to dismiss the indictment. It is further ordered that the
2  arrest warrant issued in connection with the indictment is quashed.

Date: 2/28/12

HONORABLE PHYLLIS J. HAMILTON
United States District Judge